# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4980

_____

RICHARD P. BALEZENTIS,

  Petitioner,

  v.

BGRP ENGINEERING GROUP,

  Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 27, 2019

PER CURIAM.

  DENIED.

RAY, C.J., and BILBREY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard P. Balezentis, pro se, Petitioner.

No appearance for Respondent.